UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

SHANDOLYN D. THOMAS

CIVIL ACTION

NO. 09-928-FJP-CN

**RULING ON MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the motion for summary judgment by the United States of America.[1] The defendant Shandolyn D. Thomas has failed to answer the Complaint and to oppose this motion for summary judgment. Because the defendant has failed to oppose this motion within twenty days as required by Local Rule 7.5M, the Court must assume that she has no opposition to this motion.[2] Furthermore, based on the evidence submitted with United States' motion and the reasons set forth therein, the Court also finds that summary judgment should be granted as a matter of fact and law.

The United States shall submit a proposed judgment to the Court within ten days of the date of this ruling. The proposed judgment shall reflect that, under Section 3137(d) of the False

---

[1] Rec. Doc. No. 5.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."

Doc#46542

Claims Act,[3] the United States is entitled to an amount equal to treble the losses sustained due to the defendant's false and fraudulent claim, *i.e.*, $28,661.28, which is three times $9,553.76, together with a penalty of $5500.00, interest from the date of judgment until paid at the rate allowed by law, and any allowable costs.

Therefore, the United States' motion for summary judgment is granted.

IT IS SO ORDERED.

Baton Rouge, Louisiana, January 7, 2010.

                                               FRANK J. POLOZOLA
                                               MIDDLE DISTRICT OF LOUISIANA

---

[3] 31 U.S.C. § 3729(a)(1)&(2).

Doc#46542